UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DERRICK HARVEY, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No. 4:05CV1383(CAS) |
| | ) |
| ROBERT McFADDEN, | ) |
| | ) |
| Respondent. | ) |

### ORDER OF DISMISSAL

**IT IS HEREBY ORDERED** that petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 [Doc. #1] is **DISMISSED,** without prejudice.

**IT IS FURTHER ORDERED** that if petitioner appeals from the dismissal of his § 2241 action, then a certificate of appealability shall not issue.

Dated this 11th day of October, 2005.

_____
**UNITED STATES DISTRICT JUDGE**